ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV
2014 APR 15 AM 11: 15
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| LAZARO DESPAIGNE BORRERO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STACEY STONE, Warden, )<br>)<br>Defendant. ) | CV 313-067 |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice and **CLOSED**.

SO ORDERED this 15 day of April, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE